JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN RICHARD ROCCONI, | ) | Case No. 1:17-CV-00557-GSA |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 Days to January 3, 2017, for Plaintiff to file his Opening Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the

fact that Plaintiff's counsel has not yet had adequate time to review the record in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 30, 2017

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: November 30, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

///

///

///

///

///

///

///

<u>ORDER</u>

Pursuant to the parties' stipulation, Plaintiff's Opening Brief shall be filed no later than **January 3, 2018.** All other dates outlined in the Court's Scheduling Order issued on April 21, 2017 (Doc. 3) are modified accordingly.


IT IS SO ORDERED.

Dated: <u>**December 4, 2017**</u>        <u>**/s/ Gary S. Austin**</u>
                              UNITED STATES MAGISTRATE JUDGE